# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re   **Robert Chester Ogg**                           Case No.
**Deborah Lynn Ogg**
Debtors.                                  Chapter   **13**

## STATEMENT OF MONTHLY NET INCOME

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $ **2,476.00** | $ **4,960.00** |
| Five months ago | $ **2,476.00** | $ **3,922.00** |
| Four months ago | $ **2,476.00** | $ **3,503.00** |
| Three months ago | $ **2,476.00** | $ **3,060.00** |
| Two months ago | $ **2,430.00** | $ **3,017.00** |
| Last month | $ **2,512.00** | $ **3567.00** |
| Income from other sources | $ **-0-** | $ **0.00** |
| Total net income for six months preceding filing | $ **14,846.00** | $ **22,029.00** |
| **Average Monthly Net Income** | $ **2,474.33** | $ **3,671.50** |

Attached are all payment advances received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated: **5/24/2006**

**s/ Robert Chester Ogg**
**Robert Chester Ogg**

Debtor

**s/ Deborah Lynn Ogg**
**Deborah Lynn Ogg**

Joint Debtor

The undersigned certifies the following is the debtor's monthly income .

| Income: | Debtor | Joint Debtor |
|---|---|---|
| Six months ago | $ 2,476.00 | $ 4,960.00 |
| Five months ago | $ 2,476.00 | $ 3,922.00 |
| Four months ago | $ 2,476.00 | $ 3,503.00 |
| Three months ago | $ 2,476.00 | $ 3,060.00 |
| Two months ago | $ 2,430.00 | $ 3,017.00 |
| Last month | $ 2,512.00 | $ 3567.00 |
| Income from other sources | $ -0- | $ 0.00 |
| Total net income for six months preceding filing | $ 14,846.00 | $ 22,029.00 |
| **Average Monthly Net Income** | $ 2,474.33 | $ 3,671.50 |

Attached are all payment advances received by the undersigned debtor prior to the petition date, we declare under penalty of perjury that we have read the foregoing statement and that it is true and correct to the best of our knowledge, information, and belief.

Dated: **5/24/2006**

**s/ Robert Chester Ogg**
**Robert Chester Ogg**

Debtor

**s/ Deborah Lynn Ogg**
**Deborah Lynn Ogg**

Joint Debtor

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  **Robert Chester Ogg    Deborah Lynn Ogg**

**Debtors**

Case No. _____

Chapter  **13**  _____

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors,  consisting of **2** sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated:  **5/24/2006** _____

Signed: **s/ Robert Chester Ogg** _____
**Robert Chester Ogg**

Dated:  **5/24/2006** _____

Signed: **s/ Deborah Lynn Ogg** _____
**Deborah Lynn Ogg**

Signed:  **s/LMaitland** _____
**Laura J. Maitland**
Attorney for Debtor(s)
Bar no.:        **6280521**
**Rawles & Maitland**
**Attorneys at Law**
**325 Washington Street, Suite 301**
**Waukegan, Illinois  60085-5526**
Telephone No.:        **(847) 360-8040**
Fax No.:        **(847) 360-8042**
E-mail address:        **Ljmaitland@aol.com**

(Official Form 1) (10/05)

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Ogg, Robert Chester** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Ogg, Deborah Lynn** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**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** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**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** |
| Street Address of Debtor (No. & Street, City, and State)<br>**800 Geddes Court**<br>**Winthrop Harbor, IL**<br>ZIPCODE **60096** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**800 Geddes Court**<br>**Winthrop Harbor, IL**<br>ZIPCODE **60096** |
| County of Residence or of the Principal Place of Business:<br>**Lake** | County of Residence or of the Principal Place of Business:<br>**Lake** |
| Mailing Address of Debtor (if different from street address):<br>ZIPCODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIPCODE | |

**Type of Debtor** (Form of Organization)
(Check **one** box.)

- ☒ Individual (includes Joint Debtors)
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and provide the information requested below.)
State type of entity: _____

**Nature of Business**
(Check all applicable boxes)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Nonprofit Organization qualified under 26 U.S.C. § 501(c)(3)

**Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 13
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)

- ☒ Consumer/Non-Business
- ☐ Business

**Filing Fee** (Check one box)

- ☒ Full Filing Fee Attached
- ☐ Filing Fee to be paid in installments (Applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A
- ☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts owed to non-insiders or affiliates are less than $2 million.

**Statistical/Administrative Information**

- ☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☒ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Debts

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☒ | ☐ | ☐ | ☐ | ☐ |

(Official Form 1) (10/05)                                                                                              **FORM B1,** Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Robert Chester Ogg, Deborah Lynn Ogg** |
|---|---|

| **Prior Bankruptcy Case Filed Within Last 8 Years** (If more than one, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:    **NONE** | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br> **NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)<br><br>☐   Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by § 342(b) of the Bankruptcy Code.<br><br>X  **s/LMaitland**                          **5/24/2006**<br>Signature of Attorney for Debtor(s)           Date<br>**Laura J. Maitland                    6280521** |
|---|---|

| **Exhibit C**<br>Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐    Yes, and Exhibit C is attached and made a part of this petition.<br>☑    No | **Certification Concerning Debt Counseling by Individual/Joint Debtor(s)**<br>☐   I/we have received approved budget and credit counseling during the 180-day period preceding the filing of this petition.<br><br>☐   I/we request a waiver of the requirement to obtain budget and credit counseling prior to filing based on exigent circumstances (Must attach certification describing). |
|---|---|

| **Information Regarding the Debtor (Check the Applicable Boxes)** |
|---|
| **Venue** (Check any applicable box) |
| ☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. |
| ☐    There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District. |
| ☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Statement by a Debtor Who Resides as a Tenant of Residential Property** |
|---|
| *Check all applicable boxes.* |
| ☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following). |
| _____<br>(Name of landlord that obtained judgment) |
| _____<br>(Address of landlord) |
| ☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and |
| ☐    Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of this petition. |

**(Official Form 1) (10/05)**  **FORM B1**, Page 3

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Robert Chester Ogg, Deborah Lynn Ogg** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition]- I have obtained and read the notice required by § 342(b) of the Bankruptcy Code.

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **s/ Robert Chester Ogg**

Signature of Debtor   **Robert Chester Ogg**


X  **s/ Deborah Lynn Ogg**

Signature of Joint Debtor   **Deborah Lynn Ogg**


Telephone Number (If not represented by attorney)

**5/24/2006**

Date

### Signature of Attorney

X  **s/LMaitland**

Signature of Attorney for Debtor(s)

**Laura J. Maitland,  6280521**

Printed Name of Attorney for Debtor(s) / Bar No.

**Rawles & Maitland**

Firm Name

**Attorneys at Law  325 Washington Street, Suite 301**

Address

**Waukegan, Illinois  60085-5526**


**(847) 360-8040**                   **(847) 360-8042**

Telephone Number

**5/24/2006**

Date

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **Not Applicable**

Signature of Authorized Individual


Printed Name of Authorized Individual


Title of Authorized Individual


Date

### Signature of a Foreign Representative of a Recognized Foreign Proceeding

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to § 1511 of title 11, United States Code, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign proceeding is attached.

X  **Not Applicable**

(Signature of Foreign Representative)


(Printed Name of Foreign Representative)


Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: I) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) 1 prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C.§110 setting a maximum fee for services chargeable by bankruptcy petition prepares, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer


Social Security number(If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. 110.)


Address


X  **Not Applicable**

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer 's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

Form 6- Summ

## United States Bankruptcy Court

### Northern District of Illinois

### Eastern Division

In re  **Robert Chester Ogg    Deborah Lynn Ogg** _____,     Case No. _____
                                                   Debtors
                                                                         Chapter     **13** _____

# SUMMARY OF SCHEDULES

AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 229,000.00 | | |
| B - Personal Property | YES | 4 | $ 20,503.84 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 476,010.00 | |
| E - Creditors Holding Unsecured Priority Claims | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 2 | | $ 39,778.93 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $ 6,145.00 |
| J - Current Expenditures of Individual Debtor(s) | YES | 1 | | | $ 6,046.90 |
| **Total** | | | $ 249,503.84 | $ 515,788.93 | |

FORM B6A
(10/05)

In re: **Robert Chester Ogg    Deborah Lynn Ogg**                    Case No. _____
                                         **Debtors**                                                          **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Residential property located at 800 Geddes, Winthrop Harbor, IL** | **Co-Owner** | J | $ 229,000.00 | $ 222,925.00 |
| | Total ➢ | | $ 229,000.00 | |

(Report also on Summary of Schedules.)

FormB6B
(10/05)

In re   **Robert Chester Ogg   Deborah Lynn Ogg**_____,   Case No. _____
                                 Debtors                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash in physical possession of debtor and joint debtor** | J | 15.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **NorStates Bank checking account #41513532 held at 1601 N. Lewis Ave., Waukegan, IL 60085 balance on 1-19-06** | J | 738.84 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Savings account #4023396 held at NorStates** | J | 400.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Ordinary lot of used household goods and furnishings located at 800 Geddes Court, Winthrop Harbor, IL. 60096** | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Used books, pictures, etc. located at 800 Geddes Court, Winthrop Harbor, IL 60096** | J | 300.00 |
| 6. Wearing apparel. | | **Ordinary lot of used men's and women's clothing located at 800 Geddes Court, Winthrop Harbor, IL** | J | 250.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **TransUnion whole life insurance policy insuring the life of joint debtor and designating debtor as beneficiary, having a face value of $25,000.00 and a cash value of $1,100.00** | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re **Robert Chester Ogg   Deborah Lynn Ogg** _____,   Case No. _____
                                    Debtors                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **401K account # 320728716 in name of joint debtor held at Wells Fargond having an approximate balance of $11,880 as of the date of filing** | W | 0.00 |
| Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give Particulars. | | **401K under acct. #74478 of debtor held at Fidelity Investments and having a balance of approx. $27,000.00 as of filing date** | | 0.00 |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | | **Conditional Joint tenancy in real property located at 1206 Franklin Ave., Winthrop Harbor, IL,  in conditional joint tenancy with  mother of debtor for the sole purpose of protecting co-joint tenant's interest in the property in the event of co-joint tentant's disability.** | W | 0.00 |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | | |

Form B6B-Cont.
(10/05)

In re   **Robert Chester Ogg   Deborah Lynn Ogg** _____,   Case No. _____

Debtors   (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1993 Honda ST 1100 motorcycle - does not run - located at 800 Geddes Court, Winthrop Harbor, IL** | J | 500.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **1999 Mercury Villager - mileage of 77,900 - financed by GMAC under Account #154 9023 80982 with monthly payments of $191.12** | J | 3,000.00 |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2006 Saturn Vue - milage of 4,300 - located at 800 Geddes Court, Winthrop Harbor, IL - financed by GMAC under account #611-908642246 with monthly payments of $475.00** | J | 13,800.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |

Form B6B-Cont.
(10/05)

In re   **Robert Chester Ogg   Deborah Lynn Ogg** _____,        Case No. _____
                                    Debtors                                                        (If known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

                    __3__   continuation sheets attached          Total  ˃          **$ 20,503.84**

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

Form B6C
(10/05)

In re    **Robert Chester Ogg    Deborah Lynn Ogg**_____,    Case No. _____
                                        Debtors                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                              $125,000.
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| **1993 Honda ST 1100 motorcycle - does not run - located at 800 Geddes Court, Winthrop Harbor, IL** | **735 ILCS 5/12-1001(c)** | **500.00** | **500.00** |
| | **735 ILCS 5/12-1001(b)** | **0.00** | |
| **Cash in physical possession of debtor and joint debtor** | **735 ILCS 5/12-1001(b)** | **15.00** | **15.00** |
| **NorStates Bank checking account #41513532 held at 1601 N. Lewis Ave., Waukegan, IL 60085 balance on 1-19-06** | **735 ILCS 5/12-1001(b)** | **738.84** | **738.84** |
| **Ordinary lot of used household goods and furnishings located at 800 Geddes Court, Winthrop Harbor, IL. 60096** | **735 ILCS 5/12-1001(b)** | **1,500.00** | **1,500.00** |
| **Ordinary lot of used men's and women's clothing located at 800 Geddes Court, Winthrop Harbor, IL** | **735 ILCS 5/12-1001(b)** | **250.00** | **250.00** |
| **Residential property located at 800 Geddes, Winthrop Harbor, IL** | **735 ILCS 5/12-901** | **6,074.52** | **229,000.00** |
| **Savings account #4023396 held at NorStates** | **735 ILCS 5/12-1001(b)** | **400.00** | **400.00** |
| **Used books, pictures, etc. located at 800 Geddes Court, Winthrop Harbor, IL 60096** | **735 ILCS 5/12-1001(b)** | **300.00** | **300.00** |

FORM B6D
(10/05)

In re:  **Robert Chester Ogg   Deborah Lynn Ogg**                                    **Case No.** _____
                                    Debtors                                                                              (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **0011629482**<br>**EMC**<br>**P. O. Box 141358**<br>**Irving, TX  75014-1358** | | J | **05/26/2005**<br>**Mortgage**<br>**Residential property located at 800 Geddes, Winthrop Harbor, IL**<br>_____<br>**VALUE $229,000.00** | X | | | **222,925.00** | **0.00** |
| ACCOUNT NO.   **154902380982**<br>**GMAC**<br>**Box 9001952**<br>**Louisville, KY 40290-1952** | | J | **02/01/2004**<br>**Non-Purchase Money Security Agreement**<br>**1999 Mercury Villager - mileage of 77,900 - financed by GMAC under Account #154 9023 80982 with monthly payments of $191.12**<br>_____<br>**VALUE $3,000.00** | X | | | **5,160.00** | **2,160.00** |
| ACCOUNT NO.   **611-908642246**<br>**GMAC**<br>**Box 9001951**<br>**Louisville, KY 40290** | | J | **12/01/2005**<br>**Non-Purchase Money Security Agreement**<br>**2006 Saturn Vue - milage of 4,300 - located at 800 Geddes Court, Winthrop Harbor, IL - financed by GMAC under account #611-908642246 with monthly payments of $475.00**<br>_____<br>**VALUE $13,800.00** | X | | | **25,000.00** | **11,200.00** |
| ACCOUNT NO.   **5303257983**<br>**Washington Mutual**<br>**P. O. Box 9001123**<br>**Louisville, KY  40290-1123** | | J | **05/26/2005**<br>**Mortgage**<br>**Residential property located at 800 Geddes, Winthrop Harbor, IL**<br>_____<br>**VALUE $229,000.00** | X | | | **222,925.00** | **0.00** |

0 Continuation sheets attached

|  |  |
|---|---|
| **Subtotal**       ➤<br>(Total of this page) | **$476,010.00** |
| **Total**          ➤<br>(Use only on last page) | **$476,010.00** |

(Report total also on Summary of Schedules)

Form B6E
(10/05)

In re  **Robert Chester Ogg   Deborah Lynn Ogg**                          Case No.   _____
_____                                              (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**     (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

❑ **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑ **Deposits by individuals**

Claims of individuals up to $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

❑ **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑ **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

❑ **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

1  Continuation sheets attached

Form B6E -Cont.
(10/05)

In re **Robert Chester Ogg   Deborah Lynn Ogg**                                    Case No. _____
_____                                                                (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | | |

Sheet no. _1_ of _1_ sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| Subtotal ➤ (Total of this page) | **$0.00** | **$0.00** |
| Total ➤ **(Use only on last page of the completed Schedule E.)** | **$0.00** | **$0.00** |

(Report total also on Summary of Schedules)

Form B6F (10/05)

In re  **Robert Chester Ogg   Deborah Lynn Ogg** _____   Case No. _____
_____
Debtors                                            (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **5491 0008 4420 5166**<br><br>**Bank of America**<br>**P. O. Box 1758**<br>**Newark, NJ 07101-1758** | | J | 01/19/2006<br><br>**Consumer credit card for the purchase of goods and/or services** | | X | | 7,918.60 |
| ACCOUNT NO.  **4366-1630-6076-6801**<br><br>**Chase**<br>**c/o Cardmember Services**<br>**P. O. Box 15153**<br>**Wilmington, DE 19866-5153** | | W | 01/22/2006<br><br>**Consumer credit for the purchase of goods and/or services** | | X | | 5,516.54 |
| ACCOUNT NO.  **5424 1803 5271 6390**<br><br>**Citi Cards**<br>**P. O. Box 688912**<br>**Des Moines, IA 50368-8912** | | | 01/18/2006<br><br>**Consumer credit for the purchase of goods and/or services** | | X | | 8,036.24 |
| ACCOUNT NO.  **4094 7600 3002 5736**<br><br>**Community Trust Credit Union**<br>**c/o Cardholder Services**<br>**P. O. Box 790289**<br>**St. Louis, MO 63179-0289** | | J | 01/20/2006<br><br>**Consumer credit for the purchase of goods and/or services** | | X | | 4,502.19 |
| ACCOUNT NO.  **025-8149-582**<br><br>**Kohl's**<br>**P. O. Box 2983**<br>**Milwaukee, WI 60096-1551** | | W | 01/19/2006<br><br>**Consumer credit for the purchase of goods and/or merchandise** | | X | | 465.92 |

1  Continuation sheets attached

Subtotal      ➤

Total      ➤                              $26,439.49

**(Use only on last page of the completed Schedule F.)**
(Report also on Summary of Schedules)

Form B6F - Cont.
(10/05)

In re  **Robert Chester Ogg   Deborah Lynn Ogg** _____   Case No. _____
Debtors                                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions, above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF. SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.  **759-526-684**<br><br>**Lane Bryant**<br>**P. O. Box 659728**<br>**San Antonio, TX 78265-9728** | | J | **01/15/2006**<br><br>**Consumer credit for the purchase of goods and/or merchandise** | | X | | 1,057.33 |
| ACCOUNT NO.  **4313011384323110**<br><br>**MBNA**<br>**P. O. Box 15137**<br>**Wilmington, DE 19886-5137** | | J | **01/01/1994**<br><br>**Consumer credit card for the purchase of goods and/or services** | | X | | 9,898.61 |
| ACCOUNT NO.  **5401-2608-01070164**<br><br>**MBNA**<br>**Box 15288**<br>**Wilmington, DE 19886** | | | **01/01/1994**<br><br>**Consumer credit card for the purchase of goods and/or services** | | X | | 794.26 |
| ACCOUNT NO.  **7001-1261-0281-9817**<br><br>**Retail Services**<br>**P. O. Box 17298**<br>**Baltimore, MD 21297-1298** | | | **01/12/2006**<br><br>**Consumer credit for the purchase of goods and/or merchandise** | | X | | 269.24 |
| ACCOUNT NO.  **2307-5775009 2**<br><br>**Wells Fargo Financial National Bank**<br>**P. O. Box 98796**<br>**Las Vegas, NV 89193-8796** | | J | **01/22/2006**<br><br>**Consumer credit for the purchase of goods and/or merchandise** | | X | | 1,320.00 |

Sheet no.  1  of  1  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➢  | $13,339.44 |

(Total of this page)

Total ➢  | $39,778.93 |

**(Use only on last page of the completed Schedule F.)**

(Report also on Summary of Schedules)

Form B6G
(10/05)

In re: **Robert Chester Ogg    Deborah Lynn Ogg**                    ,    Case No. _____
                                     **Debtors**                                                    **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

Form B6H
(10/05)

**In re:** **Robert Chester Ogg   Deborah Lynn Ogg**                                    **Case No.** _____
                                              _____.                              **(If known)**
                                                          **Debtors**

# SCHEDULE H - CODEBTORS

☑  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| | |

Form B6I
(10/05)

In re  **Robert Chester Ogg Deborah Lynn Ogg** _____   Case No. _____
_____
**Debtors**                                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP | AGE |
| | **Daughter** | **10** |
| | **Daughter** | **4** |
| | **Son** | **2** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Computer Technician** | **Manager** |
| Name of Employer | **CNH** | **Fidelity National Management** |
| How long employed | **1 year** | **5+ years** |
| Address of Employer | **5729 Washington Ave.** **Racine, WI 53409** | **601 Riverside Ave., 10th Floor** **Jacksonville, FL 32204** |

Income: (Estimate of average monthly income)

| | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Current monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **4,571.00** | $ **4,082.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ **396.00** |
| 3. SUBTOTAL | $ | **4,571.00** | $ **4,478.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | **1,099.00** | $ **1,233.00** |
| b. Insurance | $ | **101.00** | $ **447.00** |
| c. Union dues | $ | **0.00** | $ **0.00** |
| d. Other (Specify)  **401K contribution** | $ | **736.00** | $ **171.00** |
| **401K loan repayment** | $ | **161.00** | $ **211.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **2,097.00** | $ **2,062.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,474.00** | $ **2,416.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ **0.00** |
| 8. Income from real property | $ | **0.00** | $ **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0.00** | $ **0.00** |
| 11. Social security or other government assistance (Specify) | $ | **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ **0.00** |
| 13. Other monthly income (Specify)  **Avg. bonuses paid to joint debtor over 6 mos..** | $ | **0.00** | $ **1,255.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ **1,255.00** |
| 15. TOTAL MONTHLY INCOME (add amounts shown on lines 6 and 14) | $ | **2,474.00** | $ **3,671.00** |
| 16. TOTAL COMBINED MONTHLY INCOME | **$ 6,145.00** | (Report also on Summary of Schedules) | |

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**Bonuses and overtime paid to joint debtor vary depending on business conditions..  Future payment amounts are uncertain and cannot be accurately forecasted.**

Form B6J
(10/05)

In re  **Robert Chester Ogg Deborah Lynn Ogg**                              Case No. _____
_____,
                                    **Debtors**                                              (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 1,744.30 |
|     a. Are real estate taxes included?  Yes ✓   No | |
|     b. Is property insurance included?  Yes ✓   No | |
| 2. Utilities: a. Electricity and heating fuel | $ 325.00 |
|     b. Water and sewer | $ 50.00 |
|     c. Telephone | $ 105.00 |
|     d. Other **Cable TV/Internet services** | $ 169.00 |
|     **Waste removal** | $ 22.00 |
| 3. Home maintenance (repairs and upkeep) | $ 50.00 |
| 4. Food | $ 725.00 |
| 5. Clothing | $ 100.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 100.00 |
| 8. Transportation (not including car payments) | $ 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 100.00 |
| 10. Charitable contributions | $ 30.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
|     a. Homeowner's or renter's | $ 0.00 |
|     b. Life | $ 158.00 |
|     c. Health | $ 0.00 |
|     d. Auto | $ 126.60 |
|     e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| (Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
|     a. Auto | $ 667.00 |
|     b. Other | $ 0.00 |
| 14. Alimony, maintenance or support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other **Day care fees** | $ 1,000.00 |
|     **Pre-school fees** | $ 125.00 |
| 18. TOTAL MONTHLY EXPENSES (Report also on Summary of Schedules) | $ 6,046.90 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | |
|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | |
|     a. Total monthly income from Line 16 of Schedule I | $ 6,145.00 |
|     b. Total monthly expenses from Line 18 above | $ 6,046.90 |
|     c. Monthly net income (a. minus b.) | $ 98.10 |

Official Form 6 - Decl.
(10/05)

In re  **Robert Chester Ogg    Deborah Lynn Ogg**                                    Case No. _____
                                                                                                                                (If known)
                              **Debtors**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of         **16**
                                                                                                                                                    (Total shown on summary page plus 1.)

sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date:  **5/24/2006**                                         Signature:  **s/ Robert Chester Ogg**
                                                                                               **Robert Chester Ogg**

Date:  **5/24/2006**                                         Signature:  **s/ Deborah Lynn Ogg**
                                                                                               **Deborah Lynn Ogg**
                                                                                               [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT  APPLICABLE)

---

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Form 7
(10/05)

### UNITED STATES BANKRUPTCY COURT
### Northern District of Illinois
### Eastern Division

In re:  **Robert Chester Ogg   Deborah Lynn Ogg** _____,        Case No. _____

_____ Debtors                                                                                (If known)

# STATEMENT OF FINANCIAL AFFAIRS

## 1.  Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **49,301.98** | **Employment - IBM - Debtor** | **01/01/04 - 12/31/04** |
| **54,573.21** | **Employment - Fidelity National Management - Joint Debtor** | **01/01/04 - 12/31/04** |
| **69,636.00** | **Emplyment - Joint Debtor - Fidelity National Mgmnt. Services** | **01/01/05 - 12/31/05** |
| **6,776.00** | **Employment - CNH - Debtor** | **01/01/05 - 12/31/05** |
| **46,816.00** | **Employment - IBM - debtor** | **01/01/05 - 12/31/05** |
| **15,146.00** | **Employment - Fidelity National Mgmnt. Svcs. - Joint Debtor** | **01/01/06 - 12/31/06** |
| **13,674.00** | **Employement - CNH - Debtor** | **01/01/-6 - 12/31/06** |

## 2.  Income other than from employment or operation of business

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case.  Give particulars.  If a joint petition is filed, state income for each spouse separately.  (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **996.00** | **11/17/05 ($20.00);11/25/05 ($300.00); 12/05/05 ($340.00); 01/05/06 ($25.00); 01/17/06 ($311.00)** | |

Form 7-Cont.
(10/05)

### 3.  Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☐

a.  *Individual or joint debtor(s) with primarily consumer debts*: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less that $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| EMC<br>P. O. Box 141358<br>Irving, TX 75014-1358 | 02/06 ($350.00).<br>03/06 ($350.00)<br>04/06 ($350.00) | 1,050.00 | 43,234.93 |
| GMAC<br>Box 9001951<br>Louisville, KY 40290 | 02/06 ($192.00);<br>03/06 ($192.00);<br>04/06 (192.00);<br>02/06 (475.00);<br>03/06 (475.00)<br>04/06 (475.00 | 2,001.00 | 30,160.00 |
| Washington Mutual<br>P. O. Box 9001123<br>Louisville, KY 40290-1123 | 02/06 ($1,421.00);<br>03/06 (1,421.00)<br>04/06 ($1,421.00) | 4,263.00 | 173,192.47 |

None
☑

b.  *Debtor whose debts are not primarily consumer debts:*  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
☑

c.  *All debtors:*  List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

Form 7-Cont.
(10/05)

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None
☑

a.   List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|

b.   Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☑

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None
☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.   Assignments and receiverships

None
☑

a.   Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

Form 7-Cont.
(10/05)

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7.  Gifts

None
☒

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8.  Losses

None
☒

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

Form 7-Cont.
(10/05)

**9.  Payments related to debt counseling or bankruptcy**

None          List all payments made or property transferred by or on behalf of the debtor to any persons,
☐      including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law
or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement
of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Consumer Credit Counseling Service 100 Edgewood Ave., NE Suite 1500 Atlanta, GA** | **02/02/06 - paid by debtor/joint debtor** | **$50.00 paid by debtor for credit counseling services** |
| **Rawles & Maitland 325 Washington Street Suite 301 Waukegan, IL 60085-5526** | **01/29/06 - paid by debtor/joint debtor** | **$500.00** |
| **Rawles & Maitland 325 Washington Street Suite 301 Waukegan, IL 60085-5526** | **02/15/06 - paid by debtor/joint debtor** | **$2,000.00** |

**10.  Other transfers**

None
☑

a.  List all other property, other than property transferred in the ordinary course of the business or
financial affairs of the debtor, transferred either absolutely or as security within **two years**
immediately preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include transfers by either or both spouses whether or not a joint petition is
filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
☑

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case
to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

Form 7-Cont.
(10/05)

## 11.  Closed financial accounts

None
☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of
the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding
the commencement of this case.  Include checking, savings, or other financial accounts,
certificates of deposit, or other instruments; shares and share accounts held in banks, credit
unions, pension funds, cooperatives, associations, brokerage houses and other financial
institutions.  (Married debtors filing under chapter 12 or chapter 13 must include information
concerning accounts or instruments held by or for either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

## 12.  Safe deposit boxes

None
☑

List each safe deposit or other box or depository in which the debtor has or had securities,
cash, or other valuables within **one year** immediately preceding the commencement of this case.
(Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a
joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

## 13.  Setoffs

None
☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor
within **90 days** preceding the commencement of this case.  (Married debtors filing under chapter 12
or chapter 13 must include information concerning either or both spouses whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

## 14.  Property held for another person

None
☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

## 15.  Prior address of debtor

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all
premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a
joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **Winthrop Harbor, IL  60096** | **1133 Fulton Ave.** | **07/01/03 - 05/01/05** |

Form 7-Cont.
(10/05)

## 16.  Spouses and Former Spouses

None    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☐       California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
        immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
        who resides or resided with the debtor in the community property state.

NAME

**none**

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of
hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium,
including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or
formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance,
hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

a.      List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit
that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the
date of the notice, and, if known, the Environmental Law.

None
☑

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

b.      List the name and address of every site for which the debtor provided notice to a governmental unit of a release of
Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

None
☑

| SITE NAME AND | NAME  AND ADDRESS | DATE OF | ENVIRONMENTAL |
| ADDRESS | OF GOVERNMENTAL UNIT | NOTICE | LAW |

c.      List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with
respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party
to the proceeding, and the docket number.

None
☑

| NAME  AND ADDRESS | DOCKET NUMBER | STATUS OR |
| OF GOVERNMENTAL UNIT | | DISPOSITION |

Form 7-Cont.
(10/05)

## 18.  Nature, location and name of business

None
☑

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE  EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

b.       Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

None
☑

| NAME | ADDRESS |
|---|---|

*   *   *   *   *   *

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  <u>5/24/2006</u>                    Signature   <u>**s/ Robert Chester Ogg**</u>
                                         of Debtor   **Robert Chester Ogg**

Date  <u>5/24/2006</u>                    Signature   <u>**s/ Deborah Lynn Ogg**</u>
                                         of Joint    **Deborah Lynn Ogg**
                                         Debtor

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re: **Robert Chester Ogg** **Deborah Lynn Ogg**

Debtors

Case No. _____

Chapter **13** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ _____

   Prior to the filing of this statement I have received $ _____

   Balance Due $ _____

2. The source of compensation paid to me was:

   ☐ Debtor  ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☐ Debtor  ☐ Other (specify)

4. ☐ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☑ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **5/24/2006** _____

**s/LMaitland** _____
**Laura J. Maitland, Bar No. 6280521**

**Rawles & Maitland**
Attorney for Debtor(s)

**Laura J. Maitland   6280521**
**Rawles & Maitland**
**Attorneys at Law**
**325 Washington Street, Suite 301**
**Waukegan, Illinois  60085-5526**

**(847) 360-8040**
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Robert Chester Ogg**
Social Security Number:  **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**

Case No:

Chapter  **13**

Joint Debtor:  **Deborah Lynn Ogg**
Social Security Number:  **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**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1. **Bank of America**<br>**P. O. Box 1758**<br>**Newark, NJ 07101-1758** | **Unsecured Claims** | **$ 7,918.60** |
| 2. **Chase**<br>**c/o Cardmember Services**<br>**P. O. Box 15153**<br>**Wilmington, DE 19866-5153** | **Unsecured Claims** | **$ 5,516.54** |
| 3. **Citi Cards**<br>**P. O. Box 688912**<br>**Des Moines, IA 50368-8912** | **Unsecured Claims** | **$ 8,036.24** |
| 4. **Community Trust Credit Union**<br>**c/o Cardholder Services**<br>**P. O. Box 790289**<br>**St. Louis, MO 63179-0289** | **Unsecured Claims** | **$ 4,502.19** |
| 5. **EMC**<br>**P. O. Box 141358**<br>**Irving, TX  75014-1358** | **Secured Claims** | **$ 222,925.00** |

In re:   **Robert Chester Ogg**
**Deborah Lynn Ogg**                                        Case No. _____

| | | | |
|---|---|---|---|
| 6. | **GMAC**<br>**Box 9001952**<br>**Louisville, KY 40290-1952** | **Secured Claims** | **$  5,160.00** |
| 7. | **GMAC**<br>**Box 9001951**<br>**Louisville, KY 40290** | **Secured Claims** | **$ 25,000.00** |
| 8. | **Kohl's**<br>**P. O. Box 2983**<br>**Milwaukee, WI 60096-1551** | **Unsecured Claims** | **$    465.92** |
| 9. | **Lane Bryant**<br>**P. O. Box 659728**<br>**San Antonio, TX 78265-9728** | **Unsecured Claims** | **$  1,057.33** |
| 10. | **MBNA**<br>**P. O. Box 15137**<br>**Wilmington, DE 19886-5137** | **Unsecured Claims** | **$  9,898.61** |
| 11. | **MBNA**<br>**Box 15288**<br>**Wilmington, DE 19886** | **Unsecured Claims** | **$    794.26** |
| 12. | **Retail Services**<br>**P. O. Box 17298**<br>**Baltimore, MD 21297-1298** | **Unsecured Claims** | **$    269.24** |
| 13. | **Washington Mutual**<br>**P. O. Box 9001123**<br>**Louisville, KY  40290-1123** | **Secured Claims** | **$ 222,925.00** |
| 14. | **Wells Fargo Financial National Bank**<br>**P. O. Box 98796**<br>**Las Vegas, NV 89193-8796** | **Unsecured Claims** | **$  1,320.00** |

In re:    **Robert Chester Ogg**                                    Case No. _____
          **Deborah Lynn Ogg**

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)

# DECLARATION

I, **Robert Chester Ogg**, and I, **Deborah Lynn Ogg**, named as debtors in this case, declare under penalty of perjury that we
have read the foregoing Numbered Listing of Creditors, consisting of **2 sheets** (not including this declaration), and that it is true
and correct to the best of our information and belief.


Signature:    **s/ Robert Chester Ogg**_____
              **Robert Chester Ogg**

Dated:    **5/24/2006**_____

Signature:    **s/ Deborah Lynn Ogg**_____
              **Deborah Lynn Ogg**

Dated:    **5/24/2006**_____

**Form 6-Summ2**

**(10/05)**

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re  **Robert Chester Ogg    Deborah Lynn Ogg**

Debtors

Case No. _____

Chapter  **13**  _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES (28 U.S.C. § 159)
## [Individual Debtors Only]

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $0.00 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | $0.00 |
| Student Loan Obligations (from Schedule F) | $0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $0.00 |
| TOTAL | $ 0.00 |

**The foregoing information is for statistical purposes only under 28 U.S.C. § 159.**